UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

# 07 CV 4693 ECF

Crutchfield v. City of New York et al

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 4693 (BSJ)(AJP)

                                              :
-----------------------------------------------------------------X
                                              :

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

       _____

       If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

       Purpose:_____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

       Particular Motion:_____

       _____

       All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
         8/14/07

                           _____
                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/07