UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JAMES CRUTCHFIELD,

                Plaintiff,

  -against-

                                        AFFIDAVIT OF SERVICE

CITY OF NEW YORK and WINSTON FAVIS,       07 Civ. 4693 (BSJ)(AJP)

                Defendants.

-----------------------------------------------------------------x

State of New York    )
                          ) ss.:
County of New York  )

I, Jennifer Whitehead, being sworn say:

I am not a party to the action, am over 18 years of age, and reside at New York, New York.

I served the within Summons and Complaint on Winston Favis, on June 6, 2007, at 520 West 126th Street, New York, New York, 10027, by personal delivery to the desk officer at the 26th Precinct, a person of suitable age and discretion at the place of business of Winston Favis.

                                                        JENNIFER WHITEHEAD

Sworn to before me this 24th
day of August, 2007

_____
Notary Public

                                      STUART LICHTEN
                           NOTARY PUBLIC, STATE OF NEW YORK
                               No. 02LI4941219
                         QUALIFIED IN NEW YORK COUNTY
                    CERTIFICATE FILED IN NEW YORK COUNTY
                   COMMISSION EXPIRES JULY 2_, 20 10