```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES CRUTCHFIELD,                              :

            Plaintiff,              :

      -against-                               :

CITY OF NEW YORK & WINSTON FAVIS,               :

           Defendants.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 4693 (BSJ) (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

      IT IS HEREBY ORDERED that a conference is scheduled for September 7, 2007 at 11:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

      Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

      SO ORDERED.

Dated:    New York, New York
           September 4, 2007

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    Stuart L. Lichten, Esq.
                                  Steve Stavridis, Esq.
                                  Judge Barbara S. Jones