

**SCHWARTZ, LICHTEN & BRIGHT**
Attorneys at Law

275 Seventh Avenue Suite 1700
New York, New York 10001
Phone 212 228 6320  Facsimile 212 358 1353

Arthur Z. Schwartz*
Stuart Lichten
Daniel R Bright

*Also admitted in Pennsylvania

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

October 24, 2007

**BY FAX**

Hon. Andrew J. Peck
United States Magistrate Judge
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RECEIVED
OCT 24 2007
CHAMBERS OF
ANDREW J. PECK

Re: Crutchfield v. City of New York
 07 Civ. 4693 (BSJ)(AJP)

Dear Judge Peck:

This firm represents plaintiff in the above-referenced matter, in which a status conference is scheduled for November 1, 2007, at 9:30 A.M. The parties have been deposed and documents exchanged, and it appears that discovery will be complete before the deadline with no disputes. The parties therefore respectfully suggest that the conference is not necessary. Plaintiff does not intend to move for summary judgment, and defendants will notify the Court by December 4, 2007, as to whether they intend to move for summary judgment.

Respectfully,

Stuart Lichten

cc: Steven Stavridis, Esq.

**MEMO ENDORSED** 10/29/07

Will do. The parties should notify of anything they wish to [illegible]

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

<u>Dated</u>:   October 29, 2007                    <u>Total Number of Pages</u>:  2

| TO | FAX NUMBER |
|---|---|
| Stuart L. Lichten, Esq. | 212-358-1353 |
| Steve Stavridis, Esq. | 212-788-9776 |
| | |

# TRANSCRIPTION:

**MEMO ENDORSED 10/29/07**

The 11/1 conf. is cancelled. The parties shall contact me if they have any disputes or re settlement.


**Copy to:**   Judge Barbara S. Jones