

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVE STAVRIDIS**
*Special Federal Litigation Division*
(212) 788-8698
(212) 788-9776 (fax)

December 10, 2007

**By ECF**
Hon. Barbara S. Jones
United States District Judge
U.S. District Court
500 Pearl St.
New York, New York 10007

Re:   <u>Crutchfield v. The City of New York et ano.</u>, 07 CV 4693 (BSJ) (AJP)

Your Honor:

      I am the attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants in the referenced action. I am writing, with the consent of my adversary, to advise the Court that this case has been settled for the sum of $10,000.00 pursuant to the terms of the annexed stipulation of settlement. It is respectfully requested that the Court so order the annexed stipulation and mark this case as settled.

      I thank the Court for its attention to the foregoing.

      Respectfully submitted,

      Steve Stavridis
      Special Federal Litigation Division

cc:   Stuart Lichten Esq. (By ECF)
      Attorney for Plaintiff